No. 84–6564. SARRON v. FRUMKES. C. A. 7th Cir. Certiorari denied.

No. 84–6569. JOHNSON v. UNITED AUTOMOBILE WORKERS ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–6581. KEEN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 84–6586. COLINO ESCOBAR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–6599. COHODAS v. AIR PRODUCTS & CHEMICALS, INC. C. A. 3d Cir. Certiorari denied.

No. 84–6645. McDANIEL v. TEXAS. Ct. App. Tex., 1st Sup. Jud. Dist. Certiorari denied.

No. 84–6648. CHEN v. UNITED STATES; and
No. 84–6650. CHEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 754 F. 2d 817.

No. 84–6652. LEAMOUS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–6654. HUMPHREY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–6656. LINDSLEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–6657. FAHNBULLEH v. UNITED STATES. C. A. 3th Cir. Certiorari denied.

No. 84–6664. FLOWERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6670. NORMAN v. OREGON. Ct. App. Ore. Certiorari denied.

No. 84–6680. BAKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6684. SALMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6690. PIZARRO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.